UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANTOS P. UMANZOR,

       Plaintiff,

v.                                                   Case No 6:20-cv-1377-WWB-EJK

ORLANDO II ASSOCIATES, LP and KIM H. BROWNSTEIN,

       Defendants.

| UNITED STATES MAGISTRATE JUDGE: | Daniel C. Irick | COURTROOM: | HELD VIA ZOOM (VIDEOCONFERENCE) |
|---|---|---|---|
| DEPUTY CLERK: | N. Rodriguez | COUNSEL FOR PLAINTIFF: | Charles T. Tucker, Jr. Michael Mann |
| AUDIO RECORDING: | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | David Thayer Burr Autumn George |
| DATE/TIME: TOTAL TIME: | May 17, 2021 9:35AM-12:20PM 2 hrs 45 minutes | | |

CLERK'S MINUTES
SETTLEMENT CONFERENCE

Case called, appearances made, procedural setting by the Court.
Settlement Conference held via Zoom due to COVID-19 pandemic.
Plaintiff Santos Umanzor present on the call.
Representatives for Defendant The Park Apartment, Pat Addeo and Shlomo Sharon and Defendant Kim Brownstein were present on the call.
Counsel for Plaintiff and Defendant make opening statements.
Settlement Conference continued off the record (10:00AM).
Court back on the record (12:17PM).
The parties reached a SETTLEMENT.
Terms of Settlement placed on the record.
Court adjourned.