# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SANTOS P. UMANZOR,

        Plaintiff,

v.                                    Case No: 6:20-cv-1377-WWB-EJK

ORLANDO II ASSOCIATES, LP and
KIM H. BROWNSTEIN,

        Defendants.

## ORDER

The Court has been advised by the Clerk's Minutes that the above-styled action has been completely settled. (Doc. 54 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on May 18, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record